IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

ROBERSON & ASSOCIATES INSURANCE,
REAL ESTATE & INVESTMENTS INC. d/b/a
ROBERSON & ASSOCIATES INSURANCE and
CHURCH HOUSE INSURANCE AGENCY                                              PLAINTIFF

v.                         Case No. 4:12-CV-201 (JMM)

THE HANOVER INSURANCE COMPANY;
MASSACHUSETTS BAY INSURANCE COMPANY;
ALLMERICA FINANCIAL BENEFIT INSURANCE
COMPANY; and THE HANOVER AMERICAN
INSURANCE COMPANY                                                          DEFENDANTS

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is stipulated and agreed by and between the parties in the above-styled case that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-styled case should be dismissed with prejudice, each party to bear its own costs and fees.

_____           _____
**Danny R. Crabtree**                **Lyn P. Pruitt**
Ark. Bar No. 2004006                 Ark. Bar No. 84121
**Timothy O. Dudley**                **Jeffrey L. Spillyards**
Ark. Bar No. 82055                   Ark. Bar No. 2004159

114 South Pulaski Street             MITCHELL, WILLIAMS, SELIG,
Little Rock, Arkansas 72201          GATES & WOODYARD, P.L.L.C.
(501) 372-0080                       425 West Capitol Ave., Suite 1800
*danny.crabtree@sbcglobal.net*       Little Rock, Arkansas 72201
*todudley@swbell.net*                (501) 688-8800
                                     *lpruitt@mwlaw.com*
                                     *jspillyards@mwlaw.com*

*Attorneys for Plaintiff*            *Attorneys for Defendants*