**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**


**ROBERSON & ASSOCIATES INSURANCE,**
**REAL ESTATE & INVESTMENTS INC. d/b/a**
**ROBERSON & ASSOCIATES INSURANCE and**
**CHURCH HOUSE INSURANCE AGENCY**                        **PLAINTIFFS**


**v.**                        **Case No. 4:12-CV-201 (JMM)**


**THE HANOVER INSURANCE COMPANY;**
**MASSACHUSETTS BAY INSURANCE COMPANY;**
**ALLMERICA FINANCIAL BENEFIT INSURANCE**
**COMPANY; and THE HANOVER AMERICAN**
**INSURANCE COMPANY**                        **DEFENDANTS**


**ORDER**

Pursuant to the stipulation of dismissal filed by the parties, this case is hereby dismissed

with prejudice.  The Clerk of the Court is directed to close the case.

IT IS SO ORDERED this 26th day of February, 2013.



_____
James M. Moody
United States District Judge